District Judge Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS OF THE EBEY'S RESERVE FOR A HEALTHY, SAFE & PEACEFUL ENVIRONMENT, and PAULA SPINA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE NAVY, a military department of the United States; and TODD C. MELLON, in his official capacity as Acting Assistant Secretary of the Navy for Energy, Installations & Environment,<br><br>Defendants. | No. 2:19-cv-01062-RMS-JRC<br><br>**ORDER GRANTING STIPULATED MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE COMPLAINT AND LODGE THE ADMINISTRATIVE RECORD** |

THIS MATTER having come before the Court upon a Stipulated Motion for an Enlargement of Time to File a Response to the Complaint and Lodge the Administrative Record (the "***Motion***"), the Court does hereby find good cause to GRANT the Motion. Accordingly, the Defendants' deadline to file a response to the Plaintiffs' complaint in this action is extended to October 16, 2019. Additionally, Defendants' deadline to lodge the relevant administrative record with this Court is hereby vacated, and the parties are ordered to propose to the Court a mutually agreeable, reasonable schedule for lodging the record, supplementing the record if needed, and

ORDER GRANTING MOTION FOR AN ENLARGEMENT   - 1 -
OF TIME TO FILE A RESPONSE TO THE COMPLAINT
AND LODGE THE ADMINISTRATIVE RECORD
No. 2:19-cv-01062

U.S. Department of Justice
150 M. Street, NE
Washington, DC 20002

for any briefing related thereto (if needed). The parties are further directed to file this proposed schedule with the Court no later than October 16, 2019.

DATED this 16 day of September 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LAWRENCE VANDYKE
Deputy Assistant Attorney General

By: /s/ Brigman L. Harman
Brigman L. Harman
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street, NE
Washington, D.C. 20002
*Counsel of Record for the Federal Defendants*

BRICKLIN & NEWMAN, LLP

By: *s/ Zachary Griefen* (*with permission*)
David A. Bricklin, WSBA No. 7583
Claudia M. Newman, WSBA No. 24928
Zachary K. Griefen, WSBA No. 48608
1424 Fourth Avenue, Suite 500
Seattle, WA 98101
Tel: (206) 264-8600
Fax: (206) 264-9300
Email: bricklin@bnd-law.com
newman@bnd-law.com
griefen@bnd-law.com
*Counsel of Record of COER and Paula Spina*

ORDER GRANTING MOTION FOR AN ENLARGEMENT - 2 -
OF TIME TO FILE A RESPONSE TO THE COMPLAINT
AND LODGE THE ADMINISTRATIVE RECORD
No. 2:19-cv-01062

U.S. Department of Justice
150 M. Street, NE
Washington, DC 20002